25-1547C

# In the United States Court of Federal Claims

Amaru EL Khan Bey

Ex Relatione: Jarrell Steven McCrea
                Plaintiff(s),

v.

THE UNITED STATES,

                Defendant.

Case No. Citation #'s CE323154, CE323155, CE323156, CE323157

Judge _____

RECEIVED - USCFC
AUG 29 2025

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

The AMENDMENTS to the constitution of the United States Amendment I. Congress shall make no laws respecting religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Goverment for a redress of grievances.

Amendment V. No person shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Amendment VI. In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and the district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.
Amendment VII., Amendment IX., Amendment XI., Amendment XII., Amendment XIV.

A-5

2. **PARTIES**

Plaintiff, Amaru El Khan Bey, resides at c/o 4906 Oates Avenue
(Street Address)

Columbus, Georgia [31904], 786 380 2721
(City, State, ZIP Code)        (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

Tahmeri El Bey c/o 4906 Oates Avenue, Columbus, Georgia [31904]

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?   ☐ Yes  ☑ No

If yes, please list cases: _____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

On the 7th day of August 2025 a controversy arose due to the unlawful actions enacted on behalf of colorable agents/entities presenting themselves as officers of Columbus Police Department, known to be in consolidation with the Muscogee County which operates within Georgia.
During the course of an unwarranted and non consensual encounter disguise as a traffic stop executed upon myself, Amaru El Khan Bey (ex relatione Jarrell Steven McCrea), by way of the entities/agents listed; Norman Folmar, Michael Balauitan, Alonso Trevizo, Brent Wilson and others acting on behalf of the Columbus Police Department, it is my claim that various Rights and freedoms retained of oneself, as an American National, would go on to be construed, compromised, and blatantly denied. (Review 'Violation Warning' statment of fact).

In accordance with the constitution for the United States the violation of constitutional Amendment V. occured as the acting agents of the Columbus Police Department would deprive myself and my Uxor Tahmeri El Bey of the rights to Liberty and property without the due process of law, by way of Threats and coercion resulting in the physical assault in the form of an unlawful arrest/detainment of my flesh and blood being as well a physical assault and unlawful search and seizure of the private property (automobile) of my Uxor Tahmeri El Bey (ex relatione Donna Bates).
An additional violation notwithstanding constitutional Amendment VI. made on behalf of acting agent Brent Wilson occured via the complicit colorable action of threatning the unlawful arrest of Tahmeri El Bey as means of denying oneself the compulsory procedure of obtaining a witness in my favor. (Review 'Violation Warning.')

A-6

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

As remedy and recoupment I, Amaru EL Khan Bey, am demanding a predetermined sum of $10,000 in lawful money to be paid by the agency operating as the Columbus Police Department to myself, the natural man Amaru EL Khan Bey, and to have all criminal charges held against entities listed herein.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __9th__ day of __August__, __2025__.
            (day)           (month)        (year)

_Amaru El Khan Bey_
Signature of Plaintiff(s)

A-7